United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Pia Minnis  
    Debtor

Case No. 19-17063-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Feb 18, 2020  
                    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.  
db          +Pia Minnis,   14 Florence Avenue,   Lansdowne, PA 19050-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:  
         BRAD J. SADEK    on behalf of Debtor Pia  Minnis brad@sadeklaw.com, bradsadek@gmail.com  
         TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                          TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Pia Minnis : Case No. 19−17063−amc
      Debtor(s)

## ORDER
_____

    AND NOW, this day , February 18, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                            By The Court

                            Ashely M. Chan
                            Judge , United States Bankruptcy Court